UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 0:21-cv-62402-DPG

vs.

COCONUTS BAHAMA GRILL, LLC, a
Florida Limited Liability Company, d/b/a
COCONUTS BAHAMA GRILL PRO DIVE

    Defendant(s).

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN, and the Defendant, COCONUTS BAHAMA GRILL, LLC, a Florida Limited Liability Company, d/b/a COCONUTS BAHAMA GRILL PRO DIVE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against COCONUTS BAHAMA GRILL, LLC, a Florida Limited Liability Company, d/b/a COCONUTS BAHAMA GRILL PRO DIVE; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED February 16, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Kristy E. Armada** |
| Gregory S. Sconzo, Esq. | Kristy E. Armada, Esquire |
| Florida Bar No.: 0105553 | karmada@olivejudd.com |
| Samantha L. Simpson, Esq. | Fla. Bar No.: 587281 |
| Florida Bar No.: 1010423 | OLIVE JUDD, P.A. |
| Sconzo Law Office, P.A. | 2426 East Las Olas Boulevard |
| 3825 PGA Boulevard, Suite 207 | Fort Lauderdale, FL 33301 |
| Palm Beach Gardens, FL 33410 | (954) 334-2250/(954) 334-2259 (fax) |
| Telephone: (561) 729-0940 | |
| Facsimile: (561) 491-9459 | |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              **/s/ Gregory S. Sconzo**
                                              **Gregory S. Sconzo, Esq.**